1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HECTOR MARTIN PRIETO,                    Case No.  1:25-cv-00650-HBK (PC)

12                   Plaintiff,               ORDER DISCHARGING SHOW CAUSE
                                              ORDER
13          v.

14   JOHN DOE,                                (Doc. No.  17)

15                   Defendant.

16

17          On October 24, 2025, the undersigned directed Plaintiff to comply with the Court's

18   September 2, 2025 screening order or to show cause why the Court should not recommend

19   dismissal of this case for Plaintiff's failure to prosecute.  (Doc. No. 17).  On November 14, 2025,

20   Plaintiff filed a notice to proceed on cognizable claims in compliance with the options set forth in

21   the September 2, 2025 screening order.  (Doc. No. 18).

22          Accordingly, it is **ORDERED**:

23          The October 24, 2025 Show Cause Order (Doc. No. 17) is discharged.

24   Dated:    November 18, 2025

25                                            HELENA M. BARCH-KUCHTA
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28