UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN PRIETO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE 1 and JOHN DOE 2,<br><br>　　　　　Defendants. | Case No. 1:25-cv-00650-HBK (PC)<br><br>ORDER GRANTING MOTION TO SUBSTITUTE JOHN DOE DEFENDANTS AND DIRECTING CLERK TO CORRECT CAPTION OF CASE<br><br>(Doc. No. 22) |

　　　　Plaintiff Hector Martin Prieto, a pro se prisoner, initiated this action by filing a civil rights complaint under 42 U.S.C. §1983.  Plaintiff proceeds on his Second Amended Complaint ("SAC") as screened.  (Doc. Nos. 14, 16 18, 20).  On November 21, 2025, the Court ordered Plaintiff to provide written notice identifying John Doe 1 and John Doe 2 within ninety (90) days for the Court to effect service of process.  (Doc. No. 21 at 4).  Plaintiff timely filed a "Motion Substituting Named Defendants in Place of John Doe #1 and John Doe #2" in compliance with this Court's November 21, 2025 Order.  (Doc. No. 22, "Motion").  Plaintiff identifies John Doe 1 as Peter Dominguez and John Doe 2 as Jose Herrera.  (*Id.*).

　　　　Federal Rule of Civil Procedure 15(c), **Relation Back of Amendments**, provides:

> (1) **When an Amendment Relates Back**.  An amendment to the pleading relates back to the date of the original pleading when:
>
> (C) the amendment changes the party or the naming of the party against whom a claim is asserted, if Rule 15(c)(1)(B) is satisfied and

>> if, within the period provided by Rule 4(m) for serving the summons and complaint, the party to be brought in by amendment:
>>
>>> (i) received such notice of the action that it will not be prejudiced in defending on the merits; and
>>>
>>> (ii) knew or should have known that the action would have been brought against it, but for mistake concerning the proper party's identity.

Fed. R. Civ. P. 15(c) (emphasis in original).

Although Plaintiff did not submit a proposed Third Amended Complaint identifying the defendants by name within the pleading as contemplated in Rule 15(c) and Local Rule 220, the November 21, 2025 Order did not require him to do so. (*See* Doc. No. 21); *see also* Local Rule 220 (stating in relevant part that "changed pleadings" shall refer to the amended and supplemental pleadings and **unless prior approval to the contrary is obtained**, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by the court order shall be typed and filed so that it is complete in itself without preference to the prior or superseded pleading. . . .")(emphasis added).

A review of the SAC shows Plaintiff identifies "John Doe 1" and "John Doe 2" with sufficient facts directed at each regarding their involvement in the alleged excessive use of force at issue. (Doc. No. 14 at 10-11, 16-17). The use of force at issue appears to have happened in a continuum involving two correctional officials. (*Id.*) (stating among other facts Defendants pushed Plaintiff's face to the ground with such force to bust open his lower lip and cause bleeding). Thus, filing a Third Amended Complaint to merely substitute the names of Defendants John Doe 1 and John Doe 2 for the named Defendants is unnecessary.

Based on the foregoing, the SAC will remain the operative complaint in this action and the Court will substitute the named Defendants Plaintiff identifies for Defendants John Doe 1 and John Doe 2. *See Altheide v. Williams*, Case No. 2:17-cv-02821-JCM-BNW, 2020 WL 42462 * 1 (D. Nev. Jan. 3, 2020) (similarly treating previously filed complaint as the operative complaint but substituting named-defendants for the John Doe Defendants). The Court further directs the Clerk to correct the caption of the case to reflect the substitution of John Doe 1 and John Doe 2 for the named Defendants.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion (Doc. No. 22) seeking to substitute John Doe 1 and John Doe 2 is GRANTED.
2. Correctional Sergeant Peter Dominguez shall be substituted for John Doe 1 and Correctional Officer Jose Herrera shall be substituted for John Doe 2.
3. The Clerk shall correct the caption to reflect these substitutions.
4. The Court will direct service on Defendants Dominguez and Herrera by separate order.

Dated:   December 9, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE