UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN PRIETO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER DOMINGUEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00650-HBK (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S SECOND MOTION TO SUBSTITUTE JOHN DOE DEFENDANTS AS MOOT<br><br>(Doc. No. 23) |

Pending before the Court is Plaintiff's motion to substitute the John Doe Defendants docketed on December 8, 2025. (Doc. No. 23). Plaintiff filed an earlier motion to substitute the John Doe Defendants that was docketed on December 2, 2025, and which the Court granted on December 9, 2025. (Doc. Nos. 22, 25). Because the Court has already granted Plaintiff the relief he seeks—substitution of the John Doe defendants—his current motion is unnecessary and moot.

Accordingly, it is ORDERED:

Plaintiff's motion to substitute John Doe Defendants (Doc. No. 23) is MOOT.

Dated:   December 10, 2025

　　　　　　　　　　　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE