UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR MARTIN PRIETO,<br>　　　　　　Plaintiff,<br><br>v.<br><br>PETER DOMINGUEZ, et al.,<br>　　　　　　Defendants. | 1:25-cv-00650-HBK<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **WITNESS HECTOR MARTIN PRIETO, CD # AI-9092, <u>BY ZOOM VIDEO CONFERENCE</u>**<br><br>**DATE: June 18, 2026**<br>**TIME: 1:00 p.m.** |

**Hector Martin Prieto, CD # AI-9092**, who is a necessary and material witness in settlement conference in this case on June 18, 2026, is confined at **California Substance Abuse Treatment Facility, Corcoran, CA 93212**, in the custody of the Warden.  To secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to appear before Magistrate Erica P. Grosjean, by **Zoom video conference** from his place of confinement, on **June 18, 2026, at 1:00 p.m.**

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, and the inmate's necessary legal papers, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.  Zoom video conference connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at California Substance Abuse Treatment Facility, Corcoran at ((559) 992-7191 and via email at CDCRSATFLitigationCoordinator@cdcr.ca.gov.

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Felicia Navarro, Courtroom Deputy, at fnavarro@caed.uscourts.gov.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sherrif of California Substance Abuse Treatment Facility (5242), P.O. Box 5242, Corcoran, CA 93212**

**WE COMMAND** you produce the inmate named above to testify before Magistrate Judge Erica P. Grosjean at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:    June 4, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

