UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HECTOR MARTIN PRIETO,

Plaintiff,

v.

PETER DOMINGUEZ, et al.,

Defendants.

Case No. 1:25-cv-00650-HBK (PC)

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

(Doc. 49)

Plaintiff moved for a 30-day extension of time to file his reply to Defendants' opposition to his motion to strike due to his inability to gain access to the law library.[1] (Doc. 49). For good cause shown, the Court grants the motion. Fed. R. Civ. P. 6(b).

Accordingly, IT IS ORDERED:

Plaintiff's motion (Doc. 49) is GRANTED. Plaintiff shall deliver his reply to correctional officials for mailing no later than October 13, 2026.

Dated: September 21, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

[1] Inmates who have established court deadlines may apply for PLU status. Cal. Code of Regs. tit. 15, § 3122(b). Inmates who are granted PLU status based on their application shall receive higher priority to prison law library resources than other inmates. *Id*.